UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA STUDENT LOAN LIQUIDITY CORPORATION, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>IKB DEUTSCHE INDUSTRIEBANK AG, et al.,<br><br>     Defendants. | Civil Action No. 1:09-cv-08822-SAS<br><br>CLASS ACTION<br><br>CERTIFICATE OF SERVICE OF COMPLAINT ON DEFENDANT STEFAN ORTSEIFEN |

518688_1

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
  - the (date)
  - *le (date)*  March 3, 2010
  - at (place, street, number)
  - *à (localité, rue numéro)*  Am Rheinblick 35, 40668 Meerbusch

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
    - [ x ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
    - [ ] (b) in accordance with the following particular method*:
       b)  *selon la forme particulière suivante:* _____
    - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)* The document was placed in the mailbox belonging to the residence, because personal delivery to Mr. Stefan Ortseifen was not possible. §180 Rules of Civil Procedure
  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

Copy of the documents for service

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ,  the
*Fait à* Neuss  , *le* March 9, 2010

Signature and/or stamp.
*Signature et/ou cachet.*
Court Seal         Signature
                   Kortmann,
                   Judicial Official

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
## ATTESTATION

---

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
    that the document has been served *)
    que la demande a été exécutée *)

    - am (Datum) **3.3.2010**
      the (date)
      le (date)

    - in (Ort, Straße, Nummer) **Am Rheinblick 35, 40668 Meerbusch**
      at (place, street, number)
      à (localité, rue, numéro)

    - in einer der folgenden Formen nach Artikel 5:
      in one of the following methods autohorised by article 5:
      dans une des formes suivantes prévues à l'article 5:

        a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
           in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
           selon les formes légales (article 5, alinéa premier, lettre a) *).

        ~~b) in der folgenden besonderen Form *):~~
           in accordance with the following particular method *):
           selon la forme particulière suivante *):

        c) durch einfache Übergabe *).
           by delivery to the ~~addressee, who~~ accepted it voluntarily *).
           ~~par remise simple *).~~

    Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an: **Das Schriftstück wurde in den zur Wohnung gehörenden Briefkasten eingelegt, da die Übergabe an Herrn Stefan Ortseifen nicht möglich war, § 180 ZPO.**
    The documents referred to in the request have been delivered to:
    Les documents mentionnés dans la demande ont été remis à:

    - ~~(Name und Stellung der Person)~~
      (identity and description of person)
      (identité et qualité de la personne)

    - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: _____
      relationship to the addressee (family, business or other):
      liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
    that the document has not been served, by reason of the following facts *):
    que la demande n'a pas été exécutée, en raison des faits suivants *):

---

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: **Durchschrift der zuzustellenden Schriftstücke**
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:              Ausgefertigt in **Neuss**       am **9.3.2010**
In appropriate cases, documents establishing the service:   Done at
Le cas échéant, les documents justificatifs de l'exécution: Fait à



Kortmann, Rechtspflegerin
Unterschrift und/oder Stempel.
Signature and/or stamp.
Signature et/ou cachet.

*) Unzutreffendes streichen.
   Delete if inappropriate.

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2010.

                                      s/ DANIEL S. DROSMAN
                                      DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ddrosman@rgrdlaw.com

## Mailing Information for a Case 1:09-cv-08822-SAS

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  fabrams@cahill.com

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com

- **Anne L. Box**
  anneb@rgrdlaw.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com

- **Andrea Rose Butler**
  abutler@cahill.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com,jrubins@ssbb.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,E_File_SD@rgrdlaw.com,tholindrake@rgrdlaw.com

- **Andrew James Ehrlich**
  aehrlich@paulweiss.com

- **Martin Flumenbaum**
  mflumenbaum@paulweiss.com

- **Jason Michael Hall**
  jhall@cahill.com

- **Roberta Ann Kaplan**
  rkaplan@paulweiss.com,mao_sdny@paulweiss.com

- **Justin Evan Klein**
  jklein@ssbb.com,managingclerk@ssbb.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com

- **Brian T Markley**

  - bmarkley@cahill.com

- **John D. McFerrin-Clancy**
  jmcferrin-clancy@lowenstein.com

- **Thomas E. Redburn , Jr**
  tredburn@lowenstein.com

- **James J. Regan**
  jregan@ssbb.com

- **Dean I. Ringel**
  DRingel@Cahill.com,JHall@cahill.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,jillk@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Jessica T. Shinnefield**
  jshinnefield@rgrdlaw.com

- **Tobias James Stern**
  tstern@paulweiss.com

- **Thomas S. Wiswall**
  twiswall@phillipslytle.com,jgroat@phillipslytle.com,ecfphillips@phillipslytle.com

- **Aaron Mark Zeisler**
  azeisler@ssbb.com,managingclerk@ssbb.com

- **Adam N. Zurofsky**
  azurofsky@cahill.com,MMcLoughlin@cahill.com,NMarcantonio@cahill.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Christina A. Royce
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

David C. Walton
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
```