UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING COUNTY, WASHINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs-<br><br>IKB DEUTSCHE INDUSTRIEBANK AG, et al.,<br><br>Defendants. | Civil Action No. 1:09-cv-08387 (SAS)<br><br>CLASS ACTION |
| IOWA STUDENT LOAN LIQUIDITY CORPORATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs-<br><br>IKB DEUTSCHE INDUSTRIEBANK AG, et al.,<br><br>Defendants. | Civil Action No. 1:09-cv-08822 (SAS)<br><br>CLASS ACTION |

PLEASE TAKE NOTICE of the appearance of Jennifer J. McGruther of Lowenstein Sandler PC, counsel on behalf of defendants IKB Deutsche Industriebank AG and IKB Credit Asset Management GmbH in this action. The Court and counsel are requested to update their service lists with the undersigned's information as follows:

Jennifer J. McGruther
jmcgruther@lowenstein.com
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, New York 10020
Telephone: 973.597.2420
Fax: 973.597.2421

Dated: April 20, 2010
New York, New York

**LOWENSTEIN SANDLER PC**

By: s/ Jennifer J. McGruther
Jennifer J. McGruther
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.262.6700
Fax: 212.262.7402
-and-
65 Livingston Avenue
Roseland, New Jersey 07068
Tel.: 973.597.2500
Fax: 973.597.2400
jmcgruther@lowenstein.com

*Attorneys for Defendants*
*IKB Deutsche Industriebank AG and IKB Credit Asset Management GmbH*