*Sherman, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
KING COUNTY, WASHINGTON,                : Civil Action No. 1:09-cv-08387-SAS
Individually and on Behalf of All Others :
Similarly Situated,                     : CLASS ACTION
                                        :
                Plaintiff,              :
                                        :
        vs.                             :
                                        :
IKB DEUTSCHE INDUSTRIEBANK AG, et       :
al.,                                    :
                                        :
                Defendants.             :
----------------------------------------
IOWA STUDENT LOAN LIQUIDITY             : Civil Action No. 1:09-cv-08822-SAS
CORPORATION, Individually and on Behalf :
of All Others Similarly Situated,       : CLASS ACTION
                                        :
                Plaintiff,              :
                                        :
        vs.                             :
                                        :
IKB DEUTSCHE INDUSTRIEBANK AG, et       :
al.,                                    :
                                        :
                Defendants.             :
----------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/10

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT AND
CONSOLIDATION OF RELATED ACTIONS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that plaintiffs may amend and consolidate the operative complaints in this action pursuant to Federal Rule of Civil Procedure 15 and file a First Amended Consolidated Complaint for Violations of New York State Law.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the following related cases shall be consolidated for all purposes, including, but not limited to, discovery, pretrial proceedings and trial proceedings:

| Short Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *King County, Washington v. IKB Deutsche Industriebank AG, et al.* | 1:09-cv-08387-SAS ECF Case | October 2, 2009 |
| *Iowa Student Loan Liquidity Corporation v. IKB Deutsche Industriebank AG, et al.* | 1:09-cv-08822-SAS ECF Case | October 16, 2009 |

IT IS HEREBY FURTHER STIPULATED AND AGREED that the consolidated cases shall be identified as: *King County, Washington, et al. v. IKB Deutsche Industriebank AG, et al.*, Master File No. 1:09-cv-08387-SAS, and the files of this action shall be maintained in one file under Case No. 1:09-cv-08387-SAS.

IT IS HEREBY FURTHER STIPULATED AND AGREED that plaintiffs shall file a First Amended Consolidated Complaint for Violations of New York State Law no later than June 10, 2010, which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder, and that the Rating Agency and IKB Defendants shall have 25 days from the filing of that First Amended Consolidated Complaint to respond, and Mr. Ortseifen shall have the additional time provided by the Court and reflected in the May 18, 2010 hearing transcript, and Mr. Reinke shall have such time as agreed to by the parties and reflected in the stipulation previously submitted.

- 1 -

526804_1

IT IS HEREBY FURTHER STIPULATED AND AGREED that nothing herein shall limit or in any way preclude any defendant from asserting any and all defenses available to him or it, from opposing any application to certify this action as a class action, or from taking any other position with respect to the First Amended Consolidated Complaint that any defendant may deem to be in his or its best interests.

DATED: June 9, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS
JASON C. DAVIS

/s/ Luke O. Brooks
LUKE O. BROOKS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
DANIEL S. DROSMAN
X. JAY ALVAREZ
JESSICA T. SHINNEFIELD
NATHAN R. LINDELL
DARRYL J. ALVARADO
CHRISTINA A. ROYCE
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

- 2 -

526804_1

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>JARRETT S. CHARO<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br><br>Attorneys for Plaintiffs |
| DATED: June 7, 2010 | LOWENSTEIN SANDLER PC<br>JOHN J.D. McFERRIN-CLANCY<br><br>*/s/ John J.D. McFerrin-Clancy/*<br>JOHN J.D. McFERRIN-CLANCY<br><br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-262-6700<br>212/262-7402 (fax) |
| DATED: June __, 2010 | SATTERLEE STEPHENS BURKE<br>  & BURKE LLP<br>JAMES J. COSTER<br><br>_____<br>JAMES J. COSTER<br><br>230 Park Avenue, 11th Floor<br>New York, NY 10169<br>Telephone: 212-818-9200<br>212/818-9606 (fax) |

- 3 -

526804_1

                                        ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        JARRETT S. CHARO
                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        Telephone: 631/367-7100
                                        631/367-1173 (fax)

                                        Attorneys for Plaintiffs

DATED: June __, 2010          LOWENSTEIN SANDLER PC
                                        JOHN J.D. McFERRIN-CLANCY

                                        _____
                                            JOHN J.D. McFERRIN-CLANCY

                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        Telephone: 212-262-6700
                                        212/262-7402 (fax)

DATED: June __, 2010          SATTERLEE STEPHENS BURKE
                                          & BURKE LLP
                                        JAMES J. COSTER

                                        _____
                                              JAMES J. COSTER

                                        230 Park Avenue, 11th Floor
                                        New York, NY 10169
                                        Telephone: 212-818-9200
                                        212/818-9606 (fax)

DATED: June 9, 2010    CAHILL GORDON & REINDEL LLP
                                    DEAN RINGEL

                                    _____
                                         DEAN RINGEL

                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: 212-701-3000
                                    212/269-5420 (fax)

DATED: June __, 2010    PAUL, WEISS, RIFKIND, WHARTON
                                      &GARRISON LLP
                                    MARTIN FLUMENBAUM

                                    _____
                                       MARTIN FLUMENBAUM

                                    1285 Avenue of the Americas
                                    New York, NY 10019
                                    Telephone: 212-373-3000
                                    212/757-3990 (fax)

DATED: June __, 2010    DUANE MORRIS LLP
                                    FRAN M. JACOBS

                                    _____
                                       FRAN M. JACOBS

                                    1540 Broadway
                                    New York, NY 10036
                                    Telephone: 212-692-1000
                                    212/692-1020 (fax)

DATED: June ___, 2010                CAHILL GORDON & REINDEL LLP
                                     DEAN RINGEL


                                     _____
                                            DEAN RINGEL

                                     80 Pine Street
                                     New York, NY 10005
                                     Telephone: 212-701-3000
                                     212/269-5420 (fax)

DATED: June 9, 2010                  PAUL, WEISS, RIFKIND, WHARTON
                                       & GARRISON LLP
                                     MARTIN FLUMENBAUM


                                     /s/ Martin Flumenbaum
                                     _____
                                          MARTIN FLUMENBAUM

                                     1285 Avenue of the Americas
                                     New York, NY 10019
                                     Telephone: 212-373-3000
                                     212/757-3990 (fax)

DATED: June ___, 2010                DUANE MORRIS LLP
                                     FRAN M. JACOBS


                                     _____
                                            FRAN M. JACOBS

                                     1540 Broadway
                                     New York, NY 10036
                                     Telephone: 212-692-1000
                                     212/692-1020 (fax)

- 4 -

526804_1

DATED: June __, 2010                CAHILL GORDON & REINDEL LLP
                                    DEAN RINGEL


                                    _____
                                            DEAN RINGEL

                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: 212-701-3000
                                    212/269-5420 (fax)

DATED: June __, 2010                PAUL, WEISS, RIFKIND, WHARTON
                                       & GARRISON LLP
                                    MARTIN FLUMENBAUM


                                    _____
                                          MARTIN FLUMENBAUM

                                    1285 Avenue of the Americas
                                    New York, NY 10019
                                    Telephone: 212-373-3000
                                    212/757-3990 (fax)

DATED: June 9, 2010                 DUANE MORRIS LLP
                                    FRAN M. JACOBS


                                    *Fran M. Jacobs* (signature)
                                    _____
                                           FRAN M. JACOBS

                                    1540 Broadway
                                    New York, NY 10036
                                    Telephone: 212-692-1000
                                    212/692-1020 (fax)

DATED: June 9, 2010

PHILLIPS LYTLE LLP
THOMAS S. WISWALL

_____
THOMAS S. WISWALL

3400 HSBC Center
Buffalo, NY 14203
Telephone: 716-847-8400
716/852-6100 (fax)

Attorneys for Defendants

SO ORDERED.

_____
HONORABLE SHIRA A. SCHEINDLIN,
UNITED STATES DISTRICT JUDGE

June 10, 2010

- 5 -

## DECLARATION OF SERVICE BY MAIL AND E-MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on June 9, 2010, declarant served the **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT AND CONSOLIDATION OF RELATED ACTIONS** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by e-mail.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2010, at San Francisco, California.

_____
MARCY MEDEIROS

526804_1

IKB DEUTSCHE RHINEBRIDGE SIV
Service List - 6/9/2010    (09-0179)
Page 1 of 2

**Counsel For Defendant(s)**

Floyd Abrams
Dean Ringel
Adam Zurofsky
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005-1702
   212/701-3000
   212/269-5420(Fax)

Fran M. Jacobs
Duane Morris, LLP
1540 Broadway
New York, NY  10036-4086
   212/692-1000
   212/692-1020(Fax)

Zachary D. Rosenbaum
Jennifer J. McGruther
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY  10020
   212/262-6700
   212/262-7402(Fax)

Thomas E. Redburn, Jr.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068
   973/597-2500
   973/597-2400(Fax)

Andrew J. Ehrlich
Roberta A. Kaplan
Martin Flumenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
   212/373-3000
   212/757-3990(Fax)

Thomas S. Wiswall
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY  14203-2887
   716/847-8400
   716/852-6100(Fax)

Joshua M. Rubins
James J. Coster
Justin E. Klein
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY  10169
   212/818-9200
   212/818-9606(Fax)

IKB DEUTSCHE RHINEBRIDGE SIV
Service List - 6/9/2010    (09-0179)
Page 2 of 2

**Counsel For Plaintiff(s)**

Samuel H. Rudman
Jarrett S. Charo
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173(Fax)

Patrick J. Coughlin
Daniel S. Drosman
Michael F. Ghozland
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

Luke O. Brooks
Jason C. Davis
Robbins Geller Rudman & Dowd LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534(Fax)

Courtesy Copy:
The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, Room 1620
New York, NY 10007